[No. 28258-5-II.  Division Two.  July 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN ZANE WINTER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-8-00155-8, Richard L. Brosey, J., entered December 18, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 46473-6-I.  Division One.  July 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK LAMONT JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00293-4, Joan E. DuBuque, J., entered March 8, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid and Ellington, JJ.

[No. 46939-8-I.  Division One.  July 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIONS JAN ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02418-1, Helen Halpert, J., entered June 7, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Grosse and Agid, JJ.

[No. 47761-7-I.  Division One.  July 15, 2002.]

SHIRL FIRCHAU, *Appellant*, v. ALLEN L. CARR, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-02830-9, J. Kathleen Learned, J., entered November 3, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Appelwick, JJ.